**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

AKIVA MILLER, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

CONVERGENT OUTSOURCING, INC.,

        Defendant.

---

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 06 2018 ★

BROOKLYN OFFICE

Civil Action Number: 1:18-cv-04760

**STIPULATION OF VOLUNTARY**
**DISMISSAL OF CLAIMS**

    IT IS HEREBY STIPULATED by the parties named in the above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that no party named herein is an infant or an incompetent person, that the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, AKIVA MILLER, with prejudice as to said Plaintiff, without costs or attorneys fees as to any party named herein, and with the reservation of the Plaintiff's right to reopen this lawsuit if the settlement agreed upon between the parties is not completed by January 17, 2019.

DATED: December 3, 2018
       New York, New York

                        Respectfully submitted,

                        By: /s/ *Jaclene Troisi*
                        Jaclene Troisi, Esq. (JT7560)
                        Varacalli & Hamra, LLP
                        32 Broadway, Suite 1818
                        New York, New York 10004
                        Phone: (646) 590-0571
                        *Attorneys for Plaintiff*

DATED: December 3, 2018
New York, New York

Respectfully submitted,

By:/s/ *Matthew B. Johnson*
Matthew B. Johnson, Esq.
Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, New York 10017
Phone: (212)-812-4124
*Attorneys for Defendant*

SO ORDERED

s/ LDH       12/4/18
LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE